IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NORBERT TRAUSCH,

        Plaintiff,

vs.

MENARD, INC.,

        Defendant.

**4:18CV3058**

**ORDER**

IT IS ORDERED that the motion to withdraw filed by Andrea D. Snowden and the Baylor Evnen law firm as counsel of record for Defendant, (Filing No. 15), is granted.

July 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge