IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORBERT TRAUSCH,<br><br>                Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>                Defendant. | **4:18CV3058**<br><br>**ORDER** |

The court's records show the Office of the Clerk of Court sent a notice on April 25, 2018 (Filing No. 5) to Attorney Blake Maaske by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within 15 days. As of the close of business on July 16, 2018, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

IT IS ORDERED:

**On or before July 31, 2018**, attorney Blake Maaske, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result removal of Attorney Blake Maaske as counsel of record in this case.

July 17, 2018

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge