## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

NORBERT TRAUSCH,

          Plaintiff,

vs.

MENARD, INC. and TERWEY
CONSTRUCTION,

          Defendants.

4:18-CV-3058

ORDER

IT IS ORDERED:

1.    The parties' Joint Motion for Remand (filing 26) is granted.

2.    This case is remanded to the District Court for Adams County, Nebraska.

3.    The Clerk of the Court is directed to transmit this case without delay.

4.    Menard's motion to stay (filing 27) is denied as moot.

Dated this 22nd day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge